432 A.2d 1381

COMMONWEALTH of Pennsylvania

v.

James (NMN) BANNER a/k/a James (NMN) Reid, Appellant.

Supreme Court of Pennsylvania.

Submitted May 18, 1981.

Decided July 10, 1981.

158

William H. Proctor, York, for appellant.

Thompson J. McCullough, William T. Hast, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

Judgment of Sentence Affirmed.